```
Gerald T. McFadden (SBN 87446)
Attorney at Law
2366 Front Street
San Diego, CA  92101
(619) 338-0507
E-mail:  gtmcfadden@hotmail.com
Attorney for Defendant
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. ANDREW G. SCHOPLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. Case No. 24CR1581-01-AGS |
| Plaintiff, | NOTICE OF MOTION AND MOTION FOR JOINDER IN FILED MOTIONS SPECIFIED BELOW |
| HUGO LEVER, | |
| Defendant. | NCD: September 9, 2024 at 11:30 a.m. |

TO: VICTOR PABLO WHITE, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on Monday, September 9, 2024, at 11:30 a.m., or as soon thereafter as counsel may be heard, the defendant, Hugo Lever, through his appointed counsel, Gerald T. McFadden, will bring the following motion.

**INTRODUCTION**

The defendant, Hugo Lever, is one of 2 defendants, in a 2 count information charging Lever and codefendant Gonzalez-Fonseca with money laundering. (18 USC 1956(h) and 18 USC 1956(a)(3)B) and 2. (ECF 23).

Defendant Lever was arrested on July 24, 2024 and he has been ordered detained and is housed in the El Centro Detention Facility. The case involves a large amount of discovery.

Codefendant Gonzalez-Fonseca Is also detained.

**MOTION**

The defendant Lever, by and through his appointed counsel, Gerald T.

McFadden, and pursuant to the provisions of Rules 12 and 16 of the Federal Rules of Criminal Procedure, CrimLR 47.1(d), and the Fifth and Sixth Amendments to the United States' Constitution, hereby moves this Court for leave to join the motions filed by codefendant in this case.

ECF No. 39:  Motions for Discovery, Leave to file further motions, and for Continuance.

The government, Victor White, does not oppose the request for a continuance.

This joinder motion is based on the introduction and the referenced citations above; and, any and all matters that may be brought to the Court's attention at the hearing of this matter.

Respectfully submitted,

Dated: September 4, 2024        s/Gerald T. McFadden
                                GERALD T. McFADDEN, Attorney for
                                Defendant Hugo Lever
                                E-mail:  gtmcfadden@hotmail.com

2