1 **ROBERT L. SWAIN**
Attorney at Law
2 California Bar No. 144163
555 West Beech Street, Suite 508
3 San Diego, California 92101
Telephone: (619) 544-1494
4 Facsimile: (619) 544-1473
e-mail: RLS11@aol.com
5
Attorney for Defendant **Lever**
6

7 UNITED STATES DISTRICT COURT

8 SOUTHERN DISTRICT OF CALIFORNIA

9 (HON. ANDREW G. SCHOPLER)

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-CR-1581-AGS |
| Plaintiff, | Date: February 18, 2025<br>Time: 11:00 a.m. |
| v. | **NOTICE OF MOTIONS AND MOTIONS TO:** |
| **HUGO LEVER,** | 1) COMPEL DISCOVERY; AND |
| Defendant. | 2) LEAVE TO FILE FURTHER MOTIONS |

18 TO:  TARA K. McGRATH, UNITED STATES ATTORNEY, and
     VICTOR PABLO WHITE, ASSISTANT UNITED STATES ATTORNEY
19

20   PLEASE TAKE NOTICE that on Tuesday, February 18, 2025, at 11:00 a.m., or
21 as soon thereafter as counsel may be heard, the defendant, Hugo Lever, by and
22 through his counsel, Robert L. Swain, will move this Court to grant the above-entitled
23 motions.
24 //
25 //
26 //
27 //
28

# MOTIONS

The defendant, Hugo Lever, by and through his counsel, Robert L. Swain, and pursuant to Rules 6(e), 12, and 16 of the Federal Rules of Criminal Procedure and the Fourth, Fifth and Sixth Amendments to the United States Constitution, and all applicable local rules, hereby moves this court to

1) compel further discovery; and

2) leave to file further motions.

These motions are based upon the attached memorandum, the files and records in the above-captioned matter, and any and all of this evidence brought before this court before or during the hearing on these motions.

Respectfully submitted,

*/s/ Robert L. Swain*

Dated: January 27, 2025     **ROBERT L. SWAIN**
Attorney for Defendant **LEVER**