UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>Hugo LEVER (1),<br><br>      Defendant. | Case No. 24-cr-1581-AGS-1<br><br>**ORDER ACCEPTING GUILTY PLEA** |

  Because no objections were filed, the Magistrate Judge's findings and recommendation are adopted, and this Court accepts defendant's guilty plea to count 1 of the Information.

Dated: 4/25/2025

Hon. Andrew G. Schopler
United States District Judge